NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

ADVANCE CARBON PRODUCTS,
INC., Respondent.

No. 72–3116.

United States Court of Appeals,
Ninth Circuit.

Jan. 28, 1974.

Marcel Mallet-Prevost, Asst. Gen. Counsel, William Gaus (Argued), NLRB, Washington, D. C., Roy O. Hoffman, Director, Region 20, NLRB, San Francisco, Cal., for petitioner.

Charles S. Loughran, Robert M. Cassel, San Francisco, Cal. (Argued), Miller, Groezinger, Pettit & Evers, San Francisco, Cal., for respondent.

Alan C. Davis, Davis, Cowell & Bowe, San Francisco, Cal., for charging party, IBEW Local 1969.

Before CARTER and GOODWIN, Circuit Judges, and SOLOMON,* District Judge.

---

* Honorable Talbot Smith, Senior District Judge, Eastern District of Michigan, sitting by designation.

* Honorable Gus J. Solomon, Senior United States District Judge, for the District of Oregon, sitting by designation.

## ORDER

The application of the National Labor Relations Board for the enforcement of its Order is granted. The Board's Order appears in 198 N.L.R.B. 105.

The Board will prepare the necessary Order.